FILED '11 FEB 15 14:01 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| JUDITH M. CASTRO, | ) | |
| | ) | Civil No. 10-1048-PK |
| Plaintiff(s), | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| CLACKAMAS COUNTY, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the stipulation of the parties,

IT IS ORDERED AND ADJUDGED that this action is DISMISSED with prejudice and without any award of costs or fees. Pending motions, if any, are DENIED AS MOOT.

Dated this __15__ day of February, 2010.

by /s/ Malcolm F. Marsh
Malcolm F. Marsh
United States District Judge